## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Tyrell DeCoteau, ) | |
| ) | |
| Petitioner, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| District Court, 85th Judicial District Brazos ) | |
| County, State of Texas, and Francyne ) | |
| DeCoteau, ) | |
| ) | Case No. 4:12-cv-030 |
| Respondents. ) | |

Before the court is a motion for attorney Scot M. Grayden to appear *pro hac vice* on behalf of the District Court, 85th Judicial District, Brazos County, State of Texas. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Scot M. Grayden has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 5) is **GRANTED**. Attorney Scot M. Grayden is admitted to practice before this court in the above-entitled action on behalf of the District Court, 85th Judicial District, Brazos County, State of Texas.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge